

**PORTLAND MAIN OFFICE**
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
*www.usdoj.gov/usao/or*

Sarah Barr
Assistant United States Attorney
Sarah.Barr@usdoj.gov
(503) 727-1000
*Reply to Portland Office*

**U.S. DEPARTMENT OF JUSTICE**
United States Attorney's Office
District of Oregon
William M. Narus
Acting United States Attorney

**EUGENE BRANCH**
405 E 8th Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771

**MEDFORD BRANCH**
310 West Sixth Street
Medford, Oregon 97501
(541) 776-3564

March 7, 2025

Ms. Molly Dwyer
Clerk of the Court
United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, California 94103-1526

Re:     No. 21-30177, *United States v. Leopoldo Rivera-Valdes*
        En Banc Oral Argument - March 19, 2025 (San Francisco)
        Government's 28(j) Letter

Dear Ms. Dwyer:

The following citations relate to the question of whether *Jones v. Flowers,* 547 U.S. 220 (2006), required the government to take additional reasonable steps, if practicable, to notify defendant of his deportation hearing after the hearing notice was returned unclaimed following actual service of the notice that initiated the proceedings that informed him of his rights and his responsibility to provide an address to receive proceedings-related mail.

- *Rauda v. Jennings*, 55 F.4th 773, 777 (9th Cir. 2022) (removing an alien while a motion to reopen is pending does not deprive him of "his statutory right to file a motion to reopen" and an alien who "has taken full advantage of his statutory rights [ ] will continue to have access to the process guaranteed to him under the statute even if he is removed");

Molly Dwyer, Clerk of the Court
Page 2
March 7, 2025

———————————————

- *United States v. Arita-Campos*, 607 F.3d 487, 492 (7th Cir. 2010) (similar).

                                       Sincerely,

                                       WILLIAM M. NARUS
                                       Acting United States Attorney
                                       District of Oregon

                                       *s/ Sarah Barr*
                                       SARAH BARR
                                       Assistant United States Attorney

cc:  Kimberly-Claire E. Seymour, Attorney for Petitioner